VICTORIANA BENÍTEZ Y VELÁZQUEZ, recurrente, *v.* EL REGIS-
TRADOR DE SAN JUAN, SECCIÓN PRIMERA, recurrido.

No. 678.—*Sometido:* Marzo 29, 1927. *Resuelto:* Abril 7, 1927.

1. MARIDO Y MUJER—BIENES (DE LA SOCIEDAD LEGAL DE) GANANCIALES—CARÁC-
TER DE LOS BIENES ADQUIRIDOS POR LOS CÓNYUGES—PRUEBA DEL MISMO—SU
SUFICIENCIA—EN GENERAL.—Atendido el artículo 1319 del Código Civil, un
acta de edificación de una casa construida, según la escritura, con anterio-
ridad al título hereditario inscribible del terreno sobre el cual se edificó
aquélla, no es suficiente para probar que dicha casa no pertenezca a la so-
ciedad legal de gananciales.

2. MARIDO Y MUJER—BIENES (DE LA SOCIEDAD LEGAL DE) GANANCIALES—CARÁC-
TER DE LOS BIENES ADQUIRIDOS POR LOS CÓNYUGES—PRUEBA DEL MISMO—SU
SUFICIENCIA—DECLARACIONES O MANIFESTACIONES HECHAS EN ESCRITURAS
PÚBLICAS.—Un acta ex-parte de edificación de una casa otorgada por un
carpintero y una mujer casada no es obligatoria contra el esposo actual de
aquélla.

3. RECURSOS GUBERNATIVOS—RESOLUCIÓN Y DISPOSICIÓN DEL CASO—CONFIRMA-
CIÓN DE LA NOTA RECURRIDA—DUDAS.—En casos de dudas, las notas de los
registradores deben confirmarse, especialmente cuando el recurrente no hace
que la situación sea enteramente clara para la corte.

NOTA de *A. Malaret*, R. (San Juan), denegando inscripción de es-
critura sobre acta de edificación. *Confirmada.*

*Heriberto Torres Solá*, abogado de la Recurrente; *El Registrador*
recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tri-
bunal.

Victoriana Benítez Velázquez se divorció de Epifanio
Ortiz en septiembre de 1909. Del registro aparece que ella
heredó una finca de sus padres aunque los documentos ele-
vados a esta corte no demuestran la fecha. En 14 de mayo,
1911, contrajo matrimonio con Juan Rivera. En 7 de enero,
1927, Victoriana Benítez presentó un acta de edificación de
una casa. En el acta el carpintero que construyó la casa
comparece y certifica la fabricación de ésta en el año 1907.
El registrador se negó a inscribir el acta de edificación fun-
dándose en la, teoría de que debía presumirse que toda
propiedad adquirida durante el matrimonio pertenecía a la
sociedad conyugal, y que tal presunción no había sido des-
truída legítimamente por la declaración del carpintero que
construyó la casa.

[1, 2] Si bien en el acta se dice que la casa fué construída en 1907, sin embargo, ella demuestra que la escritura de partición y adjudicación de dicha propiedad fué otorgada en 1913, época en que la recurrente estaba casada con Juan Rivera. El artículo 1319 del Código Civil dispone entre otras cosas, que "los edificios construídos durante el matrimonio en suelo propio de uno de los cónyuges, también pertenecen a la sociedad de gananciales  *  *  *''.

Si bien es posible que la casa fuera realmente construída en 1907, cuando el solar ya pertenecía a la recurrente, sin embargo, el acta demuestra que el título inscribible del terreno fué adquirido en 1913. Bajo estas circunstancias no nos sentimos satisfechos de que la recurrente probó claramente que la casa no pertenecía a la sociedad de gananciales. El registro debe demostrar certeza, y la confusión en las fechas milita contra la recurrente. Además estamos inclinados a convenir con el registrador en que un acta *ex parte* de un carpintero y de Victoriana Benítez no es obligatoria contra Juan Rivera, el esposo actual de esta última.

[3] En caso de mayores dudas la nota del registrador debe ser confirmada, especialmente ya que la recurrente no hace que la situación sea enteramente clara para esta corte.

*Debe confirmarse la nota recurrida.*